IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA LOPEZ-OLESEN, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARC JONES CONSTRUCTION LLC, d/b/a )<br>SUNPRO SOLAR; and ADT INC., a/k/a ADT )<br>SOLAR INC., )<br>    Defendant. ) | No. 2:25-cv-2798-SHL-atc |

**ORDER GRANTING JOINT MOTION TO STAY CASE PENDING ARBITRATION**

Before the Court is the Joint Motion to Stay Case Pending Binding Arbitration, filed on September 24, 2025, by Plaintiff Angela Lopez-Olesen and Defendant ADT Solar LLC.[1] (ECF No. 9.)  The Parties have agreed to have the claims in the lawsuit resolved through a binding arbitration proceeding with AAA, pursuant to their contract.  (Id. at PageID 27.)  The Parties attached to their Motion the Joint Stipulation to Stay Case Pending Binding Arbitration that documents their agreement.  (See ECF No. 9-1.)

Therefore, for good cause shown, this matter is **STAYED** pending the outcome of binding arbitration pursuant to 9 U.S.C. § 3.  The Parties shall file a joint status report within thirty days of the completion of the arbitration.

**IT IS SO ORDERED,** this 24th day of September, 2025.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In the Motion, the Parties indicate that ADT Solar LLC is the proper Defendant in this matter.  (See id. at PageID 26 n.1.)